# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO THE | : | No. 655 |
| | : | |
| CONTINUING LEGAL EDUCATION | : | SUPREME COURT RULES DOCKET |
| | : | |
| BOARD | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 18th day of December, 2014, Murrel R. Walters, III, Esquire, Cumberland County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years commencing December 31, 2014.